## Pope *et als.* v. Peak *et als.*

APPEAL from Bullock Chancery Court.

Heard before the Hon. JERE N. WILLIAMS.

NORMAN & SON, for appellants.

D. S. BETHUNE and T. H. WATTS, *contra.*

The bill in this case was filed by J. H. Pope, as the administrator of the estate of W. B. Holmes, and Mary

A. Holmes against the appellees, Sarah J. Peak and others, and sought to have set aside several conveyances which were executed by Mary A. Holmes, the wife of W. B. Holmes, to the said Sarah J. Peak, and to charge the defendant, Sarah J. Peak, with all the personal property which the said W. B. Holmes and Sarah J. Holmes had. The chancellor decreed that the complainants were not entitled to the relief prayed for and ordered the bill dismissed. Affirmed.

Opinion by HEAD, J.